**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:    *Bruce I. Schimmel v. Gary McGregor, Teri McGregor, Kris Hall, Soledad Pineda, Larry Bishop, Cynthia Bishop, George Clark, Deborah Clark, and Carol Severance*

Appellate case number:  01-13-00721-CV

Trial court case number:  2013-05146

Trial court:            113th District Court of Harris County

The Court grants appellant's motion to modify and correct the mandate and orders the Clerk of this Court to recall the mandate issued in this case on May 8, 2015, and to instruct the clerk of the court below to immediately return the recalled mandate to the Clerk of this Court. Execution on this Court's judgment may not commence until the Clerk of this Court issues a new mandate. *See* TEX. R. APP. P. 18.7. The Court directs the Clerk of this Court to issue a mandate conforming to this Court's September 18, 2014 judgment immediately.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court

Date: May 14, 2015